2012R001035
DAW/ms

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff,*<br>v.<br><br>PORFIRIO PAREDES<br><br>*Defendant.* | Honorable Claire C. Cecchi, U.S.D.J.<br><br>Criminal No. 13-132<br><br>FINAL ORDER OF FORFEITURE |

**WHEREAS**, on February 21, 2013, the United States filed a three count Information, Criminal No. 13-132, against defendant Porfirio Paredes charging him with (1) conspiracy to commit theft of government property, contrary to 18 U.S.C. § 641, in violation of 18 U.S.C. § 371; (2) theft of government property, in violation of 18 U.S.C. § 641; and (3) aggravated identity theft, in violation of 18 U.S.C. § 1028(A); and

**WHEREAS**, on February 21, 2013, defendant Porfirio Paredes pled guilty to the Information; and

**WHEREAS,** on June 4, 2013, a Consent Judgment and Preliminary Order of Forfeiture was entered between the United States and defendant Porfirio Paredes pursuant to the terms of the Plea Agreement, under which the defendant agreed, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), to the forfeiture of approximately $72,310 in United States currency and one 2008 Land Rover Range Rover Sport, Vehicle Identification Number # SALSH23438A184179 (the "Property"); and

**WHEREAS,** pursuant to 21 U.S.C. § 853(n)(1), a Notice of Forfeiture with respect to the Property was posted on an official government internet site, namely www.forfeiture.gov, beginning on July 24, 2013, and running for thirty consecutive days through August 22, 2013; and

**WHEREAS** no claims or answers have been filed against the Property within the time permitted;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

**THAT** a Final Order of Forfeiture is entered against $72,310 in United States currency and one 2008 Land Rover Range Rover Sport, Vehicle Identification Number # SALSH23438A184179, and no right, title or interest in the Property shall exist in any other party; and

**THAT** any and all forfeited funds, including but not limited to currency, currency equivalents, and certificates of deposits, as well as any income derived as a result of the United States Department of Homeland Security, Immigration and Customs Enforcement's management of any property forfeited herein, after the payment of costs and expenses incurred in connection with the forfeiture and disposition of the forfeited property, shall be deposited

forthwith by the United States Department of Homeland Security, Immigration and Customs Enforcement into the Treasury Asset Forfeiture Fund, in accordance with the law.

**ORDERED** this 1 day of October, 2013.

_____
HONORABLE CLAIRE C. CECCHI
United States District Judge